ELLA N. SEINIGER, as Executrix of SAMUEL SEINIGER, et al., Respondents, *v.* THEODORE HOFFACKER et al., Copartners under the Firm Name of THEODORE HOFFACKER & COMPANY, Appellants.

(Argued November 28, 1932; discontinued December 16, 1932.)

*Theodore Kiendl, George M. Skinner* and *Charles Poletti* for appellants.

*Max Shlivek* and *Saul S. Brin* for respondents.

Appeal discontinued upon stipulation of the parties.